**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6478**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

KENNITA HOWARD, a/k/a Eyez,

Defendant – Appellant.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.    Irene M. Keeley,
District Judge.   (1:06-cr-00106-IMK-JSK-1)

Submitted: April 17, 2009          Decided: April 23, 2009

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kennita Howard, Appellant Pro Se.   Shawn Angus Morgan, Assistant
United States Attorney, Clarksburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kennita Howard appeals the district court's order denying her motion for sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Howard, No. 1:06-cr-00106-IMK-JSK-1 (N.D. W. Va. Mar. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED